AWERKAMP, BONILLA & GILES, PLC
6891 N. Oracle Rd., Suite 155
Tucson, AZ 85704-4287
(520) 798-5282

Don Awerkamp (SBN 007572)
da@abdilaw.com
Ivelisse Bonilla, SBn 023594
ib@abdilaw.com
Shannon Giles (SBN 018786)
sg@abdilaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Laguna,<br>            Plaintiff,<br>     vs.<br>United States of America,<br>            Defendant. | No.<br><br>**COMPLAINT** |

For her Complaint, Plaintiff, Maria Laguna, alleges as follows:

**NATURE OF THE CASE**

1.     Plaintiff, Maria Laguna, seeks damages against the United States of America under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671 et seq., arising from the assault, battery, and personal injury caused by her second line supervisor at the time, Mark Middleton, a law enforcement officer acting within the scope of his employment.

## JURISDICTION AND VENUE

2. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671 et seq., and this Court has exclusive subject matter jurisdiction over Federal Tort Claims.

3. Venue is proper in this District under 28 U.S.C. § 1402 (b) because the plaintiff resides in Tucson and the acts complained of occurred in Tucson, Arizona.

## PARTIES

4. Plaintiff, Maria Laguna, is an employee of Customs and Border Protection, Department of Homeland Security, and is, and at all relevant times has been, a resident of Pima County, Arizona.

5. At all relevant times, the Defendant, the United States of America, acted through its agency, The United States Department of Homeland Security and its employee Mark Middleton.

## STATUTORY BASIS OF LIABILITY AGAINST THE UNITED STATES OF AMERICA

6. This case is brought against the United States of America pursuant to 28 U.S.C. § 2671 *et seq,* commonly referred to as the "Federal Tort Claims Act". Liability of the United States is predicated specifically on 28 U.S.C. §§ 1346(b) and 2680(h) because Plaintiff's personal injuries and resulting damages that form the basis of this complaint, were caused by an intentional tort of a law enforcement officer and employee of the United States of America through its agency, the United States Department of Homeland Security. The employee was acting within the course and scope of his office or employment, under circumstances where the United States of America, if a private person, would be liable to the Plaintiff in the same manner and to the same extent as a private individual under the laws of the State of Arizona.

7. Pursuant to 28 U.S.C. § 2675, on February 5, 2019, this claim was presented to the appropriate agency of Defendant, the United States of America, namely the United States Department of Homeland Security, for the claims of Plaintiff Maria Laguna. On July 17, 2019, Defendant notified Plaintiff the claim was denied in full.

**STATEMENT OF FACTS**

8. Plaintiff, Maria Laguna, was hired by the U.S. Border Patrol, Department of Homeland Security in 1997.

9. At all relevant times, Plaintiff was an Enforcement Analysis Specialist, also known as Intel Analyst.

10. At all relevant times, Manuel Rivera was Plaintiff's direct Supervisor.

11. At all relevant times, Mark Middleton, Special Operations Supervisor at the Tucson Sector Intelligence Unit, U.S. Customs and Border Protection of the Department of Homeland Security, was a federal employee and Plaintiff's second line supervisor.

12. On March 3, 2017, while Plaintiff was walking in front of Mark Middleton at work, Mr. Middleton punched Plaintiff Maria Laguna with a hard hand-fisted jab to her left neck and upper back area.

13. The injury caused Plaintiff Laguna severe damage to the muscles, tendons and spinal cord of her neck and shoulder.

14. Due to the severe trauma sustained from the injury, Plaintiff Maria Laguna underwent cervical spine neurological surgery on June 15, 2018.

15. On November 9, 2018, her doctor, Hillel Z. Baldwin, told Plaintiff she had a cervical degenerative disease that became symptomatic as a result of the assault and that the need for surgery was directly related to the assault she sustained at her job on March 3, 2017.

16. Due to the severe trauma sustained by the injury, it is a continuous challenge for Plaintiff to live with all the injuries.

17. Due to the severe trauma sustained from the injury, Plaintiff Maria Laguna has developed post-traumatic stress disorder (PTSD).

## CAUSE OF ACTION
## (Federal Tort Claim)

18. Ms. Laguna incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

19. On March 3, 2017, while Plaintiff was walking in front of Mark Middleton at work, Mr. Middleton punched Plaintiff Maria Laguna with a hard hand-fisted jab to her left neck and upper back area.

20. The injury caused Plaintiff Laguna severe damage to the muscles, tendons and spinal cord of her neck and shoulder.

21. Ms. Laguna has a claim under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671 et seq., arising from the assault, battery, and personal injury caused by her second line supervisor at the time, Mark Middleton.

22. Mark Middleton, a law enforcement officer and federal employee, assaulted Ms. Laguna while acting within the scope of his office or employment.

## RELIEF SOUGHT

WHEREFORE, Plaintiff, Maria Laguna, requests judgment against Defendant awarding her the following:

(a) Compensatory damages;

(b) Any other relief this Court deems appropriate and just.

RESPECTFULLY SUBMITTED on January 16, 2020.

          A<small>WERKAMP</small>, B<small>ONILLA</small> & G<small>ILES</small>, PLC


          By /s/  Ivelisse Bonilla____
            Ivelisse Bonilla
            Shannon Giles
            *Attorneys for Plaintiff*