IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Laguna,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | No. CV-20-00027-TUC-RCC (DTF)<br><br>**ORDER** |

On June 29, 2020, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court deny Defendant's Motion to Dismiss and hold this case in abeyance. (Doc. 20.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the Complaint (Doc. 1), Defendant's Motion to Dismiss (Doc. 8), Plaintiff's Response (Doc. 16), Defendant's Reply (Doc. 19), and Judge Ferraro's R&R (Doc. 20). The Court finds the R&R well-reasoned and agrees with Judge

Ferraro's conclusion that Plaintiff has alleged a colorable claim under the Federal Employees' Compensation Act ("FECA"), that the question of coverage is one that must be answered by the Secretary of Labor, and that this matter should be held in abeyance pending the Secretary of Labor's determination.

IT IS ORDERED:

1. The R&R is ADOPTED. (Doc. 20.)
2. Defendant's Motion to Dismiss for Lack of Jurisdiction is DENIED. (Doc. 8.)
3. This matter is STAYED IN ABEYANCE pending a FECA coverage determination by the Secretary of Labor.
4. If Plaintiff wants to continue litigating this matter after the decision by the Department of Labor, **Plaintiff must file a request with the Court asking that the stay be lifted within thirty (30) days of the Secretary of Labor's determination**.
5. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this matter. The matter shall remain closed until further order from the Court.

Dated this 24th day of July, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge